# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145433 & (25)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                          SC:  145433
                                                           COA:  307480
                                                           Wayne CC:  01-003031-01

JUAN WALKER,
        Defendant-Appellant.

_____/

By order of February 6, 2013, the prosecuting attorney was directed to answer the application for leave to appeal the May 21, 2012 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the case of *Burt v Titlow*, cert gtd 185 L Ed 2d 360; 2013 US LEXIS 1849; 81 USLW 3470 (US 2013), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

s0422